UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARCO JULIO PALENCIA CATALAN, )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         ) No. 7:13-CV-106-F
         )
HOUSE OF RAEFORD, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that House of Raeford's Motion for Summary Judgment is ALLOWED and Catalan's claims for failure to promote and discriminatory demotion/termination, brought under Title VII of the Civil Rights Act, are DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on April 24, 2014, and Copies To:**

Marco Julio Palencia Catalan (329 Sasser Lane, Clinton, NC 28328)
Lori Peoples Jones (via CM/ECF Notice of Electronic Filing)

DATE                                                     JULIE A. RICHARDS, CLERK
April 24, 2014                                   /s/ Susan K. Edwards
                                                                       (By) Susan K. Edwards, Deputy Clerk